**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 12-cv-03372-WJM-KMT          FTR - Courtroom C-201

**Date:**  April 10, 2013                                            Deputy Clerk, Nick Richards

CAROL PFARR,                                                  Madeline A. Collison
                                                                           Mary Josephine Lowrey
             Plaintiff,                                                Robert J. Truhlar

v.

DCP MIDSTREAM, LP,                                     Elizabeth I. Kiovsky
DCP MIDSTREAM, LLC,
DCP MIDSTREAM PARTNERS, LP,
DCP MIDSTREAM GP, LP,
DCP MIDSTREAM GP, LLC,
SPECTRA ENERGY CORP., and
CONOCOPHILLIPS d/b/a PHILLIPS 66,

             Defendants.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**SCHEDULING CONFERENCE**
**Court in Session: 10:27 a.m.**
Court calls the case. Appearances of counsel.

[**XX**]   Scheduling Order entered.

It is **ORDERED**:   Plaintiff's Motion for Entry of Plaintiff's Protective Order [Doc. No. 35, filed March 29, 2013] is **GRANTED IN PART AND DENIED IN PART** as stated on the record. The parties shall make the appropriate revisions as discussed on the record and file a revised Protective Order on or before April 15, 2013.

It is **ORDERED**:   Plaintiff's Motion to Restrict Public Access to the Plaintiff's Response in Opposition to Defendant Spectra Energy Corp's Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 45, filed April 4, 2013] is **GRANTED** as stated on the record.

It is **ORDERED**:   Plaintiff's Motion for Limited Jurisdictional Discovery [Doc. No. 42,

                                    filed April 4, 2013] is **DENIED** as stated on the record. The matter will be considered within the Scheduling Order.

It is **ORDERED**:    Defendant shall make supplemental initial disclosures within 24 hours of the entry of a Protective Order.

It is **ORDERED**:    On or before April 24, 2013, both sides shall have their respective IT divisions discuss possible electronic discovery protocol.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.

DEADLINES:
Joinder of Parties/Amendment to Pleadings: June 14, 2013
Discovery Cut-off: October 8, 2013
Dispositive Motions Deadline: November 8, 2013
Each side is limited to 2 expert witnesses.
Disclosure of Affirmative Experts: August 8, 2013
Disclosure of Rebuttal Experts: September 8, 2013
Written Discovery shall be served no later than 33 days prior to the discovery cutoff.
Each side shall be limited to 25 interrogatories, 40 requests for admission, and 40 requests for documents.
Each side shall be limited to 15 depositions, excluding experts. No deposition shall exceed 7 hours in length without prior agreement or a court order.

It is **ORDERED**:    If either side wishes to hold a deposition, the side who noticed and took the deposition must pay for the original transcript.

**NO SETTLEMENT CONFERENCE** set for this matter at this time.

**FINAL PRETRIAL CONFERENCE** set for **January 21, 2014 at 9:45 a.m. in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

TRIAL:

Trial Preparation Conference and trial dates will be set by District Judge William J. Martinez.

Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.

**Court in recess: 11:50 a.m.**
Total In-Court Time:   01:23        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.